| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Robert Divilbiss** <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4964 <br> EIN: __–_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: 13    12/7/23 |
| Case number: | 23–16427 | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                          10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Divilbiss | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2600 John Bourg Dr. <br> Plainfield, IL 60586 | |
| 4. | **Debtor's attorney** <br> Name and address | Vaughn A White <br> Vw Law LLC <br> 1755 Park St <br> Suite 200 <br> Naperville, IL 60563 | Contact phone 312–888–0131 <br> Email: vaughn@vaughnwhite.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Glenn B Stearns <br> 801 Warrenville Road Suite 650 <br> Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br> Contact phone 1–866–222–8029 <br> Date: 12/8/23 |

**For more information, see page 2**

Debtor **Robert Divilbiss**      Case number **23–16427**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 23, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 388 782 3554, and Passcode 4113122038, OR call 1–872–282–6946**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/25/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/15/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/4/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **2/15/24** at **10:30 AM** , Location: **Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 160 9362 1728 and no passcode needed.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-16427-DLT
Robert Divilbiss Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 3
Date Rcvd: Dec 08, 2023 Form ID: 309I Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Divilbiss, 2600 John Bourg Dr., Plainfield, IL 60586-8231 |
| 30536795 | | American Express National Bank, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 30536784 | | Edward Hospital, ATTN: Bankruptcy, 223 W Jackson Blvd Ste 700, Chicago, IL 60606-6914 |
| 30536789 | + | Genesis Fs Card Services Inc., Attn: Bankruptcy, 1800 Route 34N, Ste 305, Wall, NJ 07719-9146 |
| 30536790 | | Heartland Bank and Tru, Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 30536810 | + | Midland States Bank / Heartland Bank, 1201 Network Centre Dr, Effingham, IL 62401-4677 |
| 30536793 | | Tempoe LLC, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 30536794 | | The Bank of Missouri, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 30536818 | | WEBBANK, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 30536819 | + | Will County CCAO, 302 N. Chicago Street 2nd Floor, Joliet, IL 60432-4078 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: vaughn@vaughnwhite.com | Dec 08 2023 22:40:00 | Vaughn A White, Vw Law LLC, 1755 Park St, Suite 200, Naperville, IL 60563 |
| tr | + | Email/Text: mcguckin_m@lisle13.com | Dec 08 2023 22:40:00 | Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-4350 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Dec 08 2023 22:41:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 30536792 | | EDI: CCS.COM | Dec 09 2023 03:33:00 | American Family In, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 30536798 | | Email/Text: bankruptcy@creditfresh.com | Dec 08 2023 22:40:00 | CreditFresh, 200 Continental Dr Ste 401, Newark, DE 19713-4337 |
| 30536797 | | EDI: CCS.COM | Dec 09 2023 03:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 30536785 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 08 2023 22:45:17 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 30536786 | | EDI: AMINFOFP.COM | Dec 09 2023 03:33:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 30536787 | | EDI: CCS.COM | Dec 09 2023 03:33:00 | Geico Casualty Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 30536788 | | EDI: PHINGENESIS | Dec 09 2023 03:33:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 30536808 | | Email/Text: financeadmin@mdg.com | Dec 08 2023 22:40:00 | Mdg US/Capital Community Bank, Attn: |

Case 23-16427   Doc 16   Filed 12/10/23   Entered 12/10/23 23:11:52   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 309I | Total Noticed: 26 |

| Recip ID | Bypass Reason | Notice Type/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, 3422 Old Capitol Trl, # PMB 1993, Wilmington, DE 19808-6124 |
| 30536811 | | ^ MEBN | Dec 08 2023 22:35:45 | Mngh, LLC., Attn: Bankruptcy, 5401 W Kennedy Blvd Ste 1030, Tampa, FL 33609-2450 |
| 30536814 | | Email/Text: bankruptcy@springoakscapital.com | Dec 08 2023 22:40:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 30536812 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2023 22:41:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 30536813 | | Email/Text: cs@securitycreditservicesllc.com | Dec 08 2023 22:40:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 30536817 | | ^ MEBN | Dec 08 2023 22:35:48 | Velocity Investments, LLC, Attn: Bankruptcy, 1800 Route 34N, Ste 305, Wall, NJ 07719-9146 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30536791 | | Mdg US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capi |
| 30536796 | * | American Family In., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 30536802 | * | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 30536803 | * | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 30536804 | * | Geico Casualty Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 30536805 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 30536806 | *+ | Genesis Fs Card Services Inc., Attn: Bankruptcy, 1800 Route 34N, Ste 305, Wall, NJ 07719-9146 |
| 30536807 | * | Heartland Bank and Tru, Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 30536815 | * | Tempoe LLC, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 30536816 | * | The Bank of Missouri, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 30536809 | ## | Merchants' Credit Guide Co., ATTN: Bankruptcy, 223 W Jackson Blvd, Ste 700, Chicago, IL 60606-6914 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 10, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Glenn B Stearns | stearns_g@lisle13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Vaughn A White | |

District/off: 0752-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 08, 2023 | Form ID: 309I | Total Noticed: 26

on behalf of Debtor 1 Robert Divilbiss vaughn@vaughnwhite.com
vaughn@vaughnwhite.com;paralegal@vaughnwhite.com;VWLAWLLC@jubileebk.net

TOTAL: 3