UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 23-16427
Robert Divilbiss, )
    Debtor(s) ) Chapter 13
) Judge Deborah L. Thorne

## NOTICE OF MOTION

To:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **June 27, 2024** at **10:30 AM**, I will appear before the Honorable Deborah L. Thorne or any judge sitting in that judge's place, either in **Courtroom 682** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604**, **or** electronically as described below, and present the motion of Debtor to **Voluntarily Dismiss Chapter 13 Case**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and passcode.** The meeting ID for this hearing is: **160 9362 1728, no passcode is required.**  The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    /s/ Vaughn White
    Vaughn White
    VW LAW LLC
    Attorney for Debtor(s)
    1700 Park St, Suite 203
    Naperville, IL  60563
    630-429-9010
    ARDC # 6198291

CERTIFICATE OF SERVICE

      I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 20, 2024.

                                        /s/ Vaughn White
                                        Vaughn White

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-16427<br>Northern District of Illinois<br>Eastern Division<br>Thu Jun 20 16:30:26 CDT 2024 | Exeter Finance LLC c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| (p)ALLIANT CAPITAL MANAGEMENT HDH<br>ATTN C/O WEINSTEIN & RILEY P S<br>2415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | American Express National Bank<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | American Express National Bank<br>PO Box 30384<br>Salt Lake City UT 84130-0384 |
| American Family In<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| (p)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 | Edward Hospital<br>223 W Jackson Blvd<br>Chicago IL 60606-6908 | Edward Hospital<br>801 S Washington St<br>Naperville, IL 60540-7499 |
| Endeavor Health Edward Hospital<br>801 S Washington St<br>Naperville IL 60540-7499 | Exeter Finance LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>Attn: Bankruptcy<br>PO Box 166008<br>Irving, TX 75016-6008 |
| Exeter Finance LLC c/o AIS Portfolio Service<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | Geico Casualty Co<br>5260 Western Ave<br>Cherry Chase MD 20815-3799 |
| Geico Casualty Co.<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Genesis Fs Card Services<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 | Genesis Fs Card Services Inc.<br>Attn: Bankruptcy<br>1800 Route 34N<br>Ste 305<br>Wall, NJ 07719-9146 |
| Heartlad Bank and Tru<br>401 N Hershey Rd<br>PO Box 67<br>Bloomington IL 61702-0067 | Heartland Bank and Tru<br>Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mdg US/Capital Community Bank<br>Attn: Bankruptcy<br>3422 Old Capitol Trl<br># PMB 1993<br>Wilmington, DE 19808-6124 | Merchants' Credit Guide Co.<br>209 S LaSalle St<br>Suite 900<br>Chicago, IL 60604-1443 |
| Midland States Bank / Heartland Bank<br>1201 Network Centre Dr<br>Effingham, IL 62401-4677 | Mngh, LLC.<br>Attn: Bankruptcy<br>5401 W Kennedy Blvd Ste 1030<br>Tampa, FL 33609-2450 | NewRez LLC d/b/a Shellpoint Mortgage Servic<br>Attn: Recovery Dept.<br>P. O. Box 19024<br>Greenville, SC 29602-9024 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>KS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SANTANDER CONSUMER USA INC.<br>P.O. BOX 961245<br>FORT WORTH, TX 76161-0244 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Security Credit Services<br>Attn: Bankruptcy<br>PO Box 1156<br>Oxford, MS 38655-1156 |
| Speedy Cash Illinois,Inc<br>d/b/a Speedy Cash<br>PO Box 550<br>Cleveland, TN 37364-0550 | (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Tempoe LLC<br>Attn: Bankruptcy<br>PO Box 1156<br>Oxford, MS 38655-1156 |
| The Bank of Missouri<br>Attn: Bankruptcy<br>PO Box 1216<br>Chesapeake, VA 23327-1216 | VW Law LLC<br>1755 Park St Suite 200<br>Naperville IL 60563-8404 | (p)VELOCITY PORTFOLIO GROUP  INC<br>1800 RT 34 NORTH<br>BLDG 3 SUITE 305<br>WALL NJ 07719-9146 |
| WEBBANK<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | WILL COUNTY TREASURER<br>302 N CHICAGO ST<br>JOLIET, IL 60432-4059 | Wells Fargo Bank<br>Attn Levy Processing MACS 39828<br>PO Box 29779<br>Phoenix AZ 85038-9779 |
| Will County CCAO<br>302 N. Chicago Street 2nd Floor<br>Joliet, IL 60432-4078 | Wrightwood Mgmt<br>4506 North Maplewood Ave<br>Chicago IL 60625-9249 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Robert Divilbiss<br>2600 John Bourg Dr.<br>Plainfield, IL 60586-8231 | Vaughn A White<br>Vw Law LLC<br>1700 Park St<br>Suite 203<br>Naperville, IL 60563-2370 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliant Capital Management - HDH<br>C/O Weinstein & Riley, P.S.<br>2415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | CreditFresh<br>200 Continental Dr Ste 401<br>Newark, DE 19713-4337 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Spring Oaks Capital, LLC<br>Attn: Bankruptcy<br>PO Box 1216<br>Chesapeake, VA 23327-1216 | Velocity Investments, LLC<br>Attn: Bankruptcy<br>1800 Route 34N<br>Ste 305<br>Wall, NJ 07719 | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (d)American Family In.<br>Attn: Bankruptcy<br>25 Canton St<br>Norwood, MA 02062-2679 | (d)CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)Mdg US/Capital Community Bank<br>Attn: Bankruptcy<br>3422 Old Capi |

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                ) Case No. 23-16427
Robert Divilbiss,                               )
        Debtor(s)                               ) Chapter 13
                                                ) Judge Deborah L. Thorne
                                                )

**MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE**

NOW COMES Debtor, Robert Divilbiss, by attorney Vaughn A. White, and moves this Honorable Court for an Order to voluntarily dismiss Debtor's Chapter 13 case. In support thereof, Debtor states the following:

1. On December 7, 2024, Debtor filed his Chapter 13 petition.

2. Debtor has informed his attorney that he no longer wishes to proceed with his bankruptcy petition.

WHEREFORE, the Debtor moves this Honorable Court to enter an Order voluntarily dismissing Debtor's Chapter 13 case.

Respectfully Submitted,

*/s/ Vaughn A. White*
Vaughn A. White
Attorney for Debtor

Vaughn A. White
Illinois ARDC # 6198291
VW LAW LLC
Attorney for Debtor(s)
1700 Park St., Suite 203
Naperville, IL  60563
630-429-9010
vaughn@vaughnwhite.com